Abatement Order filed December 15, 2015



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00898-CV

_____

### JOSE ALONSO, Appellant

### V.

### WESTIN HOMES CORPORATION, WESTIN HOMES OF TEXAS, LTD., AND WESTIN HOMES AND PROPERTIES, L.P., Appellees

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-72434**

## ABATEMENT ORDER

This is an appeal from a judgment signed September 24, 2015. It appears from the record that the judgment is not final. On November 18, 2015, this court notified the parties that the court would consider dismissal of the appeal on its own motion for want of jurisdiction unless any party filed a response showing meritorious grounds for continuing the appeal.

On November 30, 2015, appellant filed a response in which he asked this

court to abate the appeal pending a hearing scheduled December 15, 2015 at which time appellant anticipated the trial court would sign a final judgment.

Accordingly, we order the case abated and remanded to the trial court for a period of thirty days so that the trial court may clarify whether the summary judgments are final, and to permit the parties to obtain a final judgment. A supplemental clerk's record containing the trial court's clarifying order shall be filed with the clerk of this court on or before **January 15, 2016.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM